

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LISEYDIS LORES MARTORELL,<br><br>Defendant. | Case No. 17cr1179-BEN<br><br>**ORDER AND JUDGMENT OF DISMISSAL** |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the Information, Dkt. No. 11. in the above-entitled case be dismissed without prejudice.

IT IS SO ORDERED.

DATED: July 10, 2017.

HON. ROGER T. BENITEZ
United States District Judge